UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY GRIGGS,

        Petitioner,

Case No. 1:07-CV-920

v.

HON. GORDON J. QUIST

WILLIE SMITH,

        Respondent.
_____/

# JUDGMENT
# APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 11, 2010. The Report and Recommendation, which recommended that the petition be denied, was duly served on Petitioner on June 14, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).[1]

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.


Dated: July 9, 2010
                      /s/ Gordon J. Quist
                      GORDON J. QUIST
                      UNITED STATES DISTRICT JUDGE

---

[1] On June 21, 2010, the envelop containing the copy of the Report and Recommendation sent to Petitioner was returned to the Clerk's office indicating that Petitioner had been paroled. A petitioner has a continuing obligation to keep the court informed of his current address. *See Prea v. Battaista*, No. 91 Civ. 1171 (TPG), 1993 WL 97423 (S.D.N.Y. Mar. 30, 1993). Petitioner failed to comply with this obligation.